Order filed November 3,
2011

 

                                                                       In The

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-11-00042-CR

                                                   
__________

 

                            JENNIFER
MARIE VALLEY, Appellant

                                                             V.

                                      STATE
OF TEXAS, Appellee



 

                                   On
Appeal from the 29th District Court

 

                                                         Palo
Pinto County, Texas        

                 

                                                       Trial
Court Cause No. 14161F

 



                                                                     O
R D E R

It
has been brought to the attention of the Court that Judith Mattern Hearn, attorney
for Appellant, has not filed a brief.  Appellant’s brief was originally due May
5, 2011.  The Court granted three motions for extension of time, with the last
one granted until October 7, 2011.  Appellant’s brief has not been received as
of this date.  The Court directs counsel to either file the brief by November
16, 2011, 11:00 a.m., or appear in person on November 16, 2011,
11:00 a.m., in the
11th Court of Appeals Courtroom, third floor of the Eastland County Courthouse
in Eastland, Texas, and be prepared to explain the inordinate delay in the
preparation of Appellant’s brief.

Signed
and entered this 3rd day of November 2011.

 

                                                                                                            JIM
R. WRIGHT

November 3, 2011                                                                              CHIEF
JUSTICE

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Kalenak, J.